NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, dba L.A. Care Health Plan,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2020-1393, 2020-2254

---

Appeals from the United States Court of Federal Claims in No. 1:17-cv-01542-TCW, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

Before LOURIE, DYK, and REYNA, *Circuit Judges.*

DYK, *Circuit Judge.*

## O R D E R

The United States moves without opposition to remand these appeals to the United States Court of Federal Claims for the parties "to consider alternatives to further litigation

or, in the alternative, for the Court of Federal Claims to re-examine its judgments in light" of *Community Health Choice, Inc. v. United States*, 970 F.3d 1364 (Fed. Cir. 2020). ECF No. 55 at 2. Having considered the motion, we agree with the parties that remand is appropriate.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the case is remanded to the Court of Federal Claims for further proceedings consistent with this order and *Community Health Choice*, 970 F.3d 1364 (Fed. Cir. 2020).

(2) Each side shall bear its own costs.

FOR THE COURT

May 24, 2024
      Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: May 24, 2024